UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CALIXTO RIVERA ET ALS.
    **Plaintiff(s)**

v.                                              CIVIL NO.   01-1251(JAG)

AMERICAN HOME PRODUCTS CORP. ET ALS..
    **Defendant(s)**

---

### JUDGMENT

Pursuant to the parties' motion for voluntary dismissal (Docket No.165) in case No. 98-2069 and the order in that case of this same date, the Court hereby enters judgment dismissing all plaintiffs' claims with prejudice. This judgment shall be subject to the confidential settlement agreement to be filed by the parties within the next seven (7) days.

The above-captioned case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of March, 2003.

                              JAY A. GARCIA-GREGORY
                              United States District Judge

